The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAYE-SMITH ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICOLE O'NEAL, an individual, and WENDI WHEELER, an individual, <br><br> Defendants. | No. 2:23-cv-01580-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal of all claims against Defendants. Dkt. No. 21. The parties' motion (Dkt. No. 21) is GRANTED and the claims against Defendants Nicole O'Neal and Wendi Wheeler are hereby DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 16th day of November, 2023.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

[PROPOSED] ORDER - 1
4868-6646-9776v.1 0013763-000022

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**PRESENTED BY:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff*

By */s/ Matthew Jedreski*
Matt Jedreski, WSBA #50542
920 5th Avenue, Suite 3300
Seattle, WA  98104
Telephone: (206) 757-8239
Fax: (206) 757-7700
Email: mjedreski@dwt.com

DATED this 16th day of November, 2023.

**STIPULATED / AGREED AS TO FORM:**

SMYTH & MASON, PLLC
*Attorneys for Defendant Wendi Wheeler*

By */s/ Jeff Smyth*
Jeff Smyth, WSBA #6291
2025 1st Ave., Suite 1140
Seattle, WA  98121
Telephone: (206) 621-7100
Email:  jeff@smythlaw.com

DATED this 16th day of November, 2023.

[PROPOSED] ORDER - 2
4868-6646-9776v.1 0013763-000022

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax